UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PRIME CHOICE SERVICES, INC.,

    Plaintiff,

v.                                                     Case No. 13-C-1435

SCHNEIDER LOGISTICS TRANSLOADING
AND DISTRIBUTION, INC.,

    Defendant.

---

## ORDER AMENDING SCHEDULING ORDER

---

The Court having reviewed the parties' Joint Motion to Amend the Scheduling Order in this matter, and being otherwise well advised in the premises,

IT IS HEREBY ORDERED THAT the Scheduling Order in this matter is amended as follows:

1.    All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than January 19, 2015.

2.    On or before February 2, 2015, all dispositive motions shall be filed and served.

3.    The current Scheduling Order shall remain in force in all other respects.

Dated this <u>13th</u> day of November, 2014.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court